affirmed, with ten dollars costs and disbursements. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

WILLIAM R. GARRISON, Appellant, v. PARAMOUNT BUS CORPORATION, Respondent.— Order reversed on the law, with ten dollars costs and disbursements, on the ground that the pleading's raise questions of fact for trial; and motion denied, with ten dollars costs. Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ., concur.

In the Matter of the Application of ENGLISH CONSTRUCTION COMPANY, INC., Appellant, against FREDERICK W. PARSONS, Commissioner of Mental Hygiene, Respondent.— Order denying peremptory mandamus order reversed on the law, with costs, and the issuance of a peremptory mandamus order directed, with costs, on the ground that under the facts found on the trial there was no justification for the exercise of discretion by the court in denying the peremptory mandamus order. Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ., concur.

CERO SCIROCCO, an Infant, by JOSEPH SCIROCCO, His Guardian ad Litem, Respondent, v. SCHENECTADY RAILWAY COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

NEW AMSTERDAM CASUALTY COMPANY, Appellant, v. ROBERT S. PARSONS and Others, Respondents, Impleaded with MOBINCO BROKERAGE CO., INC., Defendant.— Judgment unanimously affirmed, with costs. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

WILLIAM HARRISON, Respondent, v. RAYMOND F. DELAHANT, Appellant.— Judgment and order unanimously affirmed, with costs. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

MARY L. HERMANCE, Respondent, v. GLOBE INDEMNITY COMPANY, Appellant.*— Judgment unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

JOSEPH JOHNSTON, Respondent, v. CITY OF COHOES, N. Y., Appellant.— Judgment and order reversed, on the law, with costs, and complaint dismissed, with costs, on the ground that no contract or duty was established on the part of the city to maintain an outlet for plaintiff's private sewer into the surface water drain of the city. (Kosmak v. Mayor, etc., 117 N. Y. 361, 368; 43 C. J. 1132, § 1892.) Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ., concur.

In the Matter of the Claim of MARY OSMUN against the Estate of CHARLES H. OSMUN, Deceased.— Decree unanimously affirmed, with costs to all parties filing briefs in this court, payable out of the estate. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. LLOYD R. WHEELER, Respondent.— Judgment unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

MARY BORONKAY, as Administratrix, etc., of NICHOLAS BORONKAY, Deceased, Respondent, v. ROBINSON & CARPENTER, Appellant.— Judgment and order unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

MARY BORONKAY, as Administratrix, etc., of NICHOLAS BORONKAY, Deceased, Respondent, v. ROBINSON & CARPENTER, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

---

* Affd., 251 N. Y. ——.